[No. 8957–9–I. Division One. June 1, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. SHOYN
D. BIBBS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–8–00987–9, Anthony P. Wartnik, J.,
entered May 20, 1980. *Affirmed* by unpublished opinion per
James, C.J., concurred in by Callow and Ringold, JJ.

[No. 8966–8–I. Division One. June 1, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY
BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–8–01280–2, Anthony P. Wartnik, J.,
entered May 13, 1980. *Affirmed* by unpublished opinion per
Callow, J., concurred in by James, C.J., and Ringold, J.

[No. 8275–2–I. Division One. June 1, 1981.]

JESSE GUNDERSON, *Appellant,* v. ALAN HUSSEY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 37423, Walter J. Deierlein, Jr., J., entered
December 17, 1979. *Affirmed* by unpublished opinion per
Durham, J., concurred in by James, C.J., and Williams, J.

[No. 8537–9–I. Division One. June 1, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. BEN
ENOS MATSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–1–01413–0, William C. Goodloe, J., entered
March 10, 1980. *Affirmed* by unpublished opinion per
Corbett, J., concurred in by Andersen and Durham, JJ.